| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| --- | --- | --- |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Riley, William J | Eighth Circuit Court of Appeal | 5/7/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| U.S. Circuit Judge – Active | ○ Nomination, Date <br> ○ Initial ● Annual ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
| --- | --- |
| Roman Hruska U.S. Courthouse <br> 111 South 18th Plaza, #4303 <br> Omaha, NE 68102-1322 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Officer, director & shareholder | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. to 8/15/2001 |
| 2. | Partner | Fitzgerald, Schorr, Barmettler & Brennan to 8/15/2001 |
| 3. | Member/partner | Riley Quest, L.L.C. |
| 4. | Partner | Sedona Property Group |
| 5. | Adjunct Professor | Creighton University, College of Law |
| 6. | Delegate to House of Delegates | Nebraska State Bar Association |
| 7. | Member | Professionalism Committee, Nebraska State Bar Association |
| 8. | President and Past-President after 6/30/2001 | Omaha Bar Association |
| 9. | Member, Nebraska State Committee | American College of Trial Lawyers until 10/2001 |
| 10. | Past President & current Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 11. | Master | Robert M. Spire Inns of Court |
| 12. | Trustee, Board of Trustees | MidAmerica Council, Boy Scouts of America |

DISCLOSURE OFFICE JUN 8 II 39 AM '04 FINANCIAL RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 04/2004 | Creighton University, College of Law, Adjunct Faculty teaching trial practice, Thursday evenings, spring 2003, 2004 and next spring 2005 |
| 2. | 12/31/03 | Net asset value payout upon termination at Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 3. | 4/1/1975 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |
| 4. | 1/1/95 | Fitzgerald, Schorr, Barmettler & Brennan Partnership - capital account payout in 2001, no control after termination 8/15/01 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Creighton University, College of Law | $1,500 |
| 2. | 2002 | Creighton University, College of Law | $1,500 |
| 3. | 2001 | Creighton University, College of Law | $1,500 |
| 4. | 2003 | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. | $45,172 |
| 5. | 2002 | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. | $72,242 |
| 6. | 2001 | Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. | $87,800 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | City of Omaha Public Library Foundation |
| 2. | 2002 | City of Omaha Public Library Foundation |
| 3. | 2001 | City of Omaha Public Library Foundation |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American College of Trial Lawyers | American College of Trial Lawyers National Trial Competition (March 26-29, 2003) Houston, TX |
| 2. | United States Court of Appeals | Eighth Circuit Judicial Conference (July 15-18, 2003) Minneapolis, MN |
| 3. | United States Court of Appeals | Investiture of Hon. Steven M. Colloton (December 5, 2003) Des Moines, IA |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Board of Trial Advocates | Free Membership | $450 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

■ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First National Bank of Omaha Accounts | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance -- Cash Values | | None | L | T | | | | | |
| 3. Riley Quest, L.L.C. (▓▓▓ Farm minority interest) | | None | K | W | | | | | |
| 4. Marasico Growth & Income Fund | A | Dividend | J | T | | | | | |
| 5. Janus Mercury Fund | A | Dividend | J | T | | | | | |
| 6. IRA #1 | A | Dividend | L | T | | | | | |
| 7. -Janus Twenty Fund | | | | | | | | | |
| 8. -Janus Growth & Income | | | | | | | | | |
| 9. -Weitz Value Fund | | | | | | | | | |
| 10. -Marsico Focus Fund | | | | | | | | | |
| 11. IRA - #2 | A | Dividend | L | T | | | | | |
| 12. -Janus Olympus Fund | | | | | | | | | |
| 13. -Janus Mercury Fund | | | | | | | | | |
| 14. -American Century Income & Growth Fund | | | | | | | | | |
| 15. -Marsico Growth & Income Fund | | | | | | | | | |
| 16. IRA - #3 | A | Dividend | J | T | | | | | |
| 17. -Janus Fund | | | | | | | | | |
| 18. -Janus Twenty Fund | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | | | | | |
| 20. -Fidelity Adv. Gr. Opp. - T Fund | | | | | | | | | |
| 21. -Evergreen Gro. - A Fund | | | | | | | | | |
| 22. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | D | Div. & Int. | O | T | | | | | |
| 23. -U.S. Government Obligation Money Market Fund at FNB | | | | | | | | | |
| 24. -Alliance World Dollar Government Fund II | | | | | | | | | |
| 25. -Berkshire Hathaway, Inc. Class A & Class B Common | | | | | | | | | |
| 26. -Commercial Federal Corp. Common | | | | | | | | | |
| 27. -Euro Disneyland SCA common | | | | | | | | | |
| 28. -Baron Asset Fund | | | | | | | | | |
| 29. -Fidelity Dividend Growth Fund | | | | | | | | | |
| 30. -Janus Growth & Income Fund | | | | | | | | | |
| 31. -Janus Worldwide Fund | | | | | | | | | |
| 32. -Janus Olympus Fund | | | | | | | | | |
| 33. -Janus Mercury Fund | | | | | | | | | |
| 34. -Marsico Focus Fund | | | | | | | | | |
| 35. -Marsico Growth & Income Fund | | | | | | | | | |
| 36. -Rydex Series Trust OTC Fund | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Weitz Value Fund | | | | | | | | | |
| 38. -Weitz Hickory Fund | | | | | | | | | |
| 39. TTI Technologies, Inc. | | None | J | W | | | | | |

1. Income/Gain Codes:   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000

(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000

(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000

  P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

(See Column C2)   U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    {Indicate part of Report.}

Under Investments and Trusts, Item 39, TTI Technologies, Inc., a closely held corporation, was worthless and virtually out of business in 2000 and 2001.  I owned a fraction of a percent of shares in this former client.  TTI did some business in 2002, and the stock may have some nominal value now, although I do not know what value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                          Date _May 7, 2004_

NOTE:                                  ...Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SU...                               C. app. § 104)

_June 7, 2004_

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544